OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

8/26/2015
MCKENZIE, EDWARD          Tr. Ct. No. 1444596-B                    WR-83,715-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

EDWARD MCKENZIE